

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VALLEY FORGE, INC., | § | No. 08-24-00345-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No 3 |
| CK CONSTRUCTION, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV3705) |
| | § | |
| | § | |

## **MEMORANDUM OPINION**

Before the Court is Appellant's unopposed motion to voluntarily dismiss this appeal. The motion to dismiss is granted, and this appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). Costs of the appeal are taxed against Appellant. *See* Tex. R. App. P. 42.1(d).


LISA J. SOTO, Justice

April 25,2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.